IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA<br><br>as subrogee of,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PERFECT AIRE, LLC,<br><br>　　　　　Defendant. | CIVIL ACTION<br>NO. 22-1214 |

**ORDER**

**AND NOW**, this 3rd day of January 2023, upon consideration of Plaintiff's Notice of Dismissal (Doc. No. 5), it is **ORDERED** as follows:

1. The action is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41.

2. The Clerk of Court shall close the above-captioned case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.